IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ANTHONY PRESTON, | : | Civil Action No. 4:15-CV-0196 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | (Magistrate Judge Mehalchick) |
| Defendant. | : | |

**ORDER**

And now, this 2nd day of March 2016, having reviewed the thorough report and recommendation of Magistrate Judge Karoline Mehalchick together with the letter from the Commissioner waiving the opportunity to object, the report and recommendation of the magistrate judge is ADOPTED. January 28, 2016, ECF No. 19. The decision of the Commissioner is VACATED and REMANDED. The Clerk is directed to close the case file.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1